not constitute an unlawful expansion of the neighboring non-conforming use because the zoning ordinance expressly allows enlargement of a non-conforming use for "off-street parking." § 1003.170.2(4)(d), SLCRO.

The injunction is hereby modified to permanently enjoin defendants from placing or towing inoperative, damaged vehicles or operative, damaged vehicles violating the vehicle safety statutes, onto the property known as 9738 Halls Ferry Road. In all other respects the judgment is affirmed.

CRANDALL, P.J., and CRIST, J., concur.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for forgery, in violation of § 570.090.-1(4), RSMo 1978.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed.

All concur.

Rule 30.25(b).

STATE of Missouri, Respondent,

v.

David P. TALLEY, Appellant.

No. WD 33649.

Missouri Court of Appeals, Western District.

June 28, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 30, 1983.

Application to Transfer Denied Oct. 18, 1983.

STATE of Missouri, Respondent,

v.

Elmer FLOYD, Appellant.

No. WD 33951.

Missouri Court of Appeals, Western District.

June 28, 1983.

Motion For Rehearing and/or Transfer To Supreme Court Overruled and Denied Aug. 30, 1983.

Application to Transfer Denied Oct. 18, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.